

PHILLIP A. TALBERT
United States Attorney
NICHOLAS FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN JOSEPH CRITTENDEN, <br><br> Defendant. | CASE NO. 2:23-cr-0235 TLN <br><br> [PROPOSED] ORDER TO SEAL <br><br> (UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Nicholas M. Fogg to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: September 14, 2023

Hon. Allison Claire
U.S. MAGISTRATE JUDGE