UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 28, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEPHEN JOSEPH CRITTENDEN

Defendant.

Case No. 2:23-cr-0235 TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>STEPHEN JOSEPH CRITTENDEN</u> Case No. <u>2:23-cr-0235 TLN</u> Charges <u>18 USC § 666(A)(1)(B)</u> from custody for the following reasons:

| | |
|---|---|
| x | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ ___ |
| ___ | Unsecured Appearance Bond $ ___ |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| ___ | (Other): ___ |

Issued at Sacramento, California on September 28, 2023 at 2:06 PM

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney