HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
STEPHEN JOSEPH CRITTENDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:23-cr-00235-TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; ORDER |
| vs. | ) ) | |
| STEPHEN JOSEPH CRITTENDEN, | ) ) | |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Nicholas Fogg, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Stephen Crittenden, that the status conference scheduled for January 25, 2024, be continued **March 14, 2024, at 9:30 a.m.**

Government counsel has provided Mr. Crittenden with the initial discovery as well as an initial plea offer in this case, and defense will need time to review the offer with Mr. Crittenden, conduct investigation, complete the review of discovery, and engage in reciprocal exchange of discovery as appropriate.  The requested continuance will allow for the time necessary for the defense to conduct its investigation and for the defendant to determine how best to proceed in this case in light of the plea offer received.

Accordingly, the defense counsel requests that the status conference in this matter be reset for March 14, 2024.  The parties agree that the ends of justice served by resetting the status

Stipulation to Continue S/C

conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable from January 25, 2024, through March 14, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: January 18, 2024                                  Respectfully submitted,

                                                         HEATHER E. WILLIAMS
                                                         Federal Public Defender

                                                         /s/ Megan T. Hopkins
                                                         MEGAN T. HOPKINS
                                                         Assistant Federal Defender
                                                         Attorney for Defendant
                                                         STEPHEN CRITTENDEN


                                                         PHILLIP A. TALBERT
                                                         United States Attorney

Dated: January 18, 2024                                   /s/ Nicholas Fogg
                                                         NICHOLAS FOGG
                                                         Assistant United States Attorneys
                                                         Attorneys for Plaintiff

## **O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for January 25, 2024, at 9:30 a.m. is continued to **March 14, 2024, at 9:30 a.m.** The time period between January 25, 2024 and March 14, 2024 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED:  January 19, 2024

_____
Troy L. Nunley
United States District Judge

Stipulation to Continue S/C