HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
STEPHEN JOSEPH CRITTENDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:23-cr-00235-TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; ORDER |
| vs. | ) ) | |
| STEPHEN JOSEPH CRITTENDEN, | ) ) | Judge: Troy L. Nunley Date: March 14, 2024 Time: 9:30 a.m. |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Nicholas Fogg, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Stephen Crittenden, that the status conference scheduled for March 14, 2024, be continued **April 11, 2024, at 9:30 a.m.**

Government counsel has provided Mr. Crittenden with the initial discovery as well as an initial plea offer in this case, and defense needs additional time to review the offer with Mr. Crittenden, conduct investigation, complete the review of discovery, and engage in reciprocal exchange of discovery as appropriate.  The requested continuance will allow for the time necessary for the defense to conduct its investigation and for the defendant to determine how best to proceed in this case in light of the plea offer received.

Accordingly, the defense counsel requests that the status conference in this matter be reset for April 11, 2024.  The parties agree that the ends of justice served by resetting the status

conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable from March 14, 2024, through April 11, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: March 6, 2024                    Respectfully submitted,

                                                                       HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
STEPHEN CRITTENDEN

PHILLIP A. TALBERT
United States Attorney

Dated: March 6, 2024                     */s/ Nicholas Fogg*
NICHOLAS FOGG
Assistant United States Attorneys
Attorneys for Plaintiff

Stipulation to Continue S/C

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for March 14, 2024, at 9:30 a.m. is continued to **April 11, 2024, at 9:30 a.m.** The time period between March 14, 2024, and April 11, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  March 7, 2024

Troy L. Nunley
United States District Judge