HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
STEPHEN JOSEPH CRITTENDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:23-cr-00235-TLN |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** |
| vs. | |
| STEPHEN JOSEPH CRITTENDEN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Nicholas Fogg, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Stephen Crittenden, that the sentencing hearing scheduled for September 12, 2024, be continued **November 21, 2024, at 9:30 a.m.**  The parties further stipulate that the disclosure schedule be modified as follows to permit additional time for the completion of the presentence report (PSR):

Draft PSR Disclosed on October 10, 2024

Informal Objections due October 24, 2024

Final PSR filed October 31, 2024

Formal Objections due November 7, 2024

Replies due November 14, 2024

The assigned probation officer has advised that there is a backlog within the probation office for both interviews and report writing, which makes it impractical for the officer to

Stipulation to Continue Sentencing Hearing
 and Modify PSR Schedule

conduct an interview with Mr. Crittenden prior to September 17, 2024, and to have a draft report prepared prior to October. The parties have met and conferred regarding a revised PSR schedule that will accommodate the probation officer's schedule and availability, and have determined that sentencing on November 21, 2024 is a mutually convenient date which provides sufficient time to revise the PSR schedule as needed. Mr. Crittenden and the probation officer have an appointment for a PSR interview scheduled for September 17, 2024, and the parties do not anticipate requesting any further continuance of the sentencing hearing. Therefore, it is the request of the parties that the Court grant the requested continuance and modify the disclosure schedule as set forth above.

Dated: August 16, 2024

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
STEPHEN CRITTENDEN


PHILLIP A. TALBERT
United States Attorney

Dated: August 16, 2024

*/s/ Nicholas Fogg*
NICHOLAS FOGG
Assistant United States Attorneys
Attorneys for Plaintiff

Stipulation to Continue Sentencing Hearing
and Modify PSR Schedule

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order.

Dated:  August 19, 2024

Troy L. Nunley
United States District Judge